# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Amanda Reid

        Plaintiff

V.

Santander Consumer USA Inc.

        Defendant

CIVIL ACTION

NO. 18cv12470-WGY

## ORDER OF DISMISSAL

YOUNG DJ,

In accordance with the Court's allowance of the defendant's motion to dismiss on January 8, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

January 8, 2019

/s/Matthew A. Paine

Date

Deputy Clerk