**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| AMANDA REID,  Individually and on behalf of a class  of persons similarly situated,  Plaintiff,  v.  SANTANDER CONSUMER USA INC.,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 18-cv-12470-WGY |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of all claims in this action with prejudice and without costs or attorney's fees as to any party. The parties waive all rights to appeal.

Respectfully submitted,

| | |
|---|---|
| AMANDA REID,<br>By her attorneys, | SANTANDER CONSUMER USA INC.,<br>By its attorneys |
| /s/ *Raven Moeslinger*<br>Raven Moeslinger (BBO # 687956)<br>Nicholas F. Ortiz (BBO # 655135)<br>Law Office of Nicholas F. Ortiz, P.C.<br>99 High Street, Suite 304<br>Boston, MA 02110<br>(617) 338-9400<br>rm@mass-legal.com | /s/ *Michael T. Grant*<br>Michael T. Grant, BBO #677893<br>Charles A. Ognibene, BBO #377840<br>LECLAIRRYAN PLLC<br>60 State Street, Twenty-Third Floor<br>Boston, MA 02109<br>(617) 502-8200<br>michael.grant@leclairryan.com<br>charles.orgnibene@leclairryan.com |

Dated: January 10, 2019

## **CERTIFICATE OF SERVICE**

I, Raven Moeslinger, hereby certify that today I caused to be served the within on counsel for the defendant via ECF service.

/s/ Raven Moeslinger
Raven Moeslinger